**Jack PECK, Appellant,**

v.

**ALASKA AERONAUTICAL INC., Employer, Certain Underwriters at Lloyd's of London, and the Alaska Workers' Compensation Board, Appellees.**

No. S–1726.

Supreme Court of Alaska.

April 25, 1988.

Before RABINOWITZ, BURKE, COMPTON and MOORE, JJ.

ORDER

On consideration of the petition for rehearing, filed on November 9, 1987,

IT IS ORDERED:

1. The petition for *rehearing* is *granted.*

2. The court will issue an opinion on rehearing. No further briefing or argument is required.

Entered by direction of the court at Anchorage, Alaska on April 22, 1988.

MATTHEWS, C.J., not participating.